IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01150-BNB

JAN B. HAMILTON,

    Plaintiff,

v.

ERIN FERNANDEZ ELY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a "Petition for Extension of Time" (Doc. # 8) to comply with the May 1, 2013 Order Directing Plaintiff to Cure Deficiencies. The motion is GRANTED. Plaintiff shall have **thirty (30) days from the date of this minute order** to comply with the May 1, 2013 Order Directing Plaintiff to Cure Deficiencies. It is

    FURTHER ORDERED that the "Petition for Court Appointed Attorney in Civil Case" (Doc. # 9) is DENIED as premature. It is

    FURTHER ORDERED that Plaintiff shall assert her constitutional claims on the court-approved Prisoner Complaint form, as directed in the May 1, 2013 Order. The Court will not consider her claims as presented in the "Petition for Constitutional Challenge" (Doc. # 10).

Dated: May 21, 2013